UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE PETERSON,

       Plaintiff,

v.

DEYON PAYTON, ET AL.,

       Defendants.
_____/

Case No. 10-14403

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [33]; DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT [30]; AND ASSESSING RULE 37 SANCTIONS AGAINST DEFENDANT**

    Before the Court is Plaintiff's Motion for Entry of Default Judgment Against Devon Payton [30], filed on October 16, 2012. On November 28, 2012, the Magistrate Judge issued a Report and Recommendation [33] recommending that the Court deny Plaintiff's Motion [30] and assess Federal Rules of Civil Procedure Rule 37 sanctions against Defendant Payton in the amount of $250.00.

    Defendant Payton has not filed any objections to the Report and Recommendation [33]. The Court has reviewed the record in this case.

    The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

    Accordingly,

    **IT IS ORDERED** that Plaintiff's Motion to for Entry of Default Judgment Against Devon Payton [30] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Payton pay Plaintiff's counsel $250.00 as a Federal Rules of Civil Procedure Rule 37 sanction.

**SO ORDERED**.

s/Arthur J. Tarnow  
ARTHUR J. TARNOW  
SENIOR U.S. DISTRICT JUDGE

Dated: February 8, 2013